Case 5:23-cr-00483-DAE   Document 131   Filed 06/18/24   Page 1 of 2

FILED
June 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v.<br><br>**(1) ANTONIO RIOS JR**<br>       aka "TONE"<br>**(2) DANIEL NATIVIDAD**<br>       aka "DANNY BOY"<br>**(3) BRIAN ZEPEDA**<br>       aka "GET DOWN"<br>**(4) ROBERTO IBARRA**<br>       aka "BOBBY"<br>**(5) VIDAL MORALES JR**<br>**(6) MIKE RAYAS CARRILLO**<br>       aka "GORDO"<br>**(7) JESUS MENDOZA JR.**<br>       aka "CHIVO"<br>**(8) GILBERTO GARCIA**<br>       aka "GIBO"<br>**(9) RAMON LOZOYA**<br>       aka "BULLDOG"<br>**(10) RONALD MENDOZA**<br>       aka "RONNIE"<br>**(11) MAXIMO FLORES JR.**<br>**(12) MIGUEL ZAMORA ROSAS**<br>       aka "EIGHT BALL"<br>**(13) PAUL GARCIA**<br>       aka "BABY PAUL"<br>**(14) ABRAHAM PAGAN**<br>       aka "SHANK"<br>**(15) CARLOS BERNAL**<br>       aka "GUERO"<br>**(16) ADRIAN CALVILLO**<br>       aka "TOKEN"<br>**(17) MARK ANTHONY AVILA**<br>**(18) RUDY HUGO LOPEZ**<br>**(19) ROBERT DAVALOS ALVARADO**<br>       aka "PORK CHOP"<br>**(20) RAYMOND MEDINA** | **No. SA-23-CR-483-DAE** |

  aka "CRIME"
(21) ROGER HILBURN
(22) ARMANDO PERALES
  aka "PITBULL"
(23) RUBEN RIVERA
(24) JR PERALES

**Defendants**

## ORDER UNSEALING INDICTMENT AND SETTING ARRAIGNMENT

Having considered the Government's Motion to Unseal the Indictment and Set Arraignment, the Court orders that the motion is **GRANTED**.

**IT IS ORDERED** that the First Superseding Indictment returned by the grand jury on June 5, 2024 is **UNSEALED** as to all Defendants in this case.

**IT IS FURTHER ORDERED** that the District Clerk's Office shall set Defendant Antonio Rios Jr. for arraignment.

**IT IS SO ORDERED**.

SIGNED AND ENTERED on this the __18th__ day of __June__, 2024.

_____
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE